Date: 11/18/09

DIVIDENDS REMITTED TO THE COURT

Check Number 3009 Dated 11/18/09

Case Number 08-36633 - MCQUISTION, MARTY LEE

*#3009 #128092*

FILED 2009 NOV 20 AM 11: 56  U.S. BANKRUPTCY COURT TOLEDO, OHIO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Premium Asset Recovery Corp<br>Po Box 1810<br>Warren Mi 48090<br>(4-1) 01081427226 | 000004 | 144.19 | 4.34 |
| Mercy Hospital of Tiffin<br>Dept L-8700<br>Columbus, OH 43260-0001 | 000006 | 37.63 | 1.13 |
| ---------- Remittance Total ---------------- | | 181.82 | 5.47 |

DOUGLAS A. DYMARKOWSKI, Trustee

08-36633-rls    Doc 30    FILED 11/20/09    ENTERED 11/20/09 12:21:00    Page 1 of 1